# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LZOG L.P. O/B/O JAMES HERZOG    : No. 515 WAL 2014
GENERAL PARTNER AND SCOTT    :
HERZOG,    :
   : Petition for Allowance of Appeal from the
         Petitioners    : Order of the Commonwealth Court
   :
   :
      v.    :
   :
   :
MCKEAN COUNTY BOARD OF    :
COMMISSIONERS, SPECIFICALLY    :
JOSEPH DEMOTT, JR., CLIFFORD    :
LANE AND AL PINGIE & THE MCKEAN    :
COUNTY OFFICE OF ASSESSMENT,    :
ANGELA TENNIES, MCKEAN COUNTY    :
CHIEF ASSESSOR,    :
   :
         Respondents    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.